**THE LAW OFFICE OF**
**PAUL K. JOSEPH, PC**
PAUL K. JOSEPH (SBN 287057)
*paul@pauljosephlaw.com*
4125 W. Pt. Loma Blvd. No. 206
San Diego, California 92110
Phone: (619) 767-0356
Fax: (619) 331-2943

**THE LAW OFFICE OF**
**JACK FITZGERALD, PC**
JACK FITZGERALD (SBN 257370)
*jack@jackfitzgeraldlaw.com*
TREVOR M. FLYNN (SBN 253362)
*trevor@jackfitzgeraldlaw.com*
MELANIE PERSINGER (SBN 275423)
*melanie@jackfitzgeraldlaw.com*
Hillcrest Professional Building
3636 Fourth Avenue, Suite 202
San Diego, California 92103
Phone: (619) 692-3840
Fax: (619) 362-9555

*Counsel for Plaintiffs and the Proposed Class*

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| ELIZABETH ZEMOLA and MATTHEW BEAUMONT, on behalf of themselves, all others similarly situated, and the general public,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>CARRINGTON TEA COMPANY, LLC,<br><br>　　　　　　Defendant. | **'17CV760  MMAKSC**<br><br>CLASS ACTION<br><br>**COMPLAINT FOR VIOLATIONS OF CAL. BUS. & PROF. CODE §§17200 *et seq.*; CAL. BUS. & PROF. CODE §§17500 *et seq.*; and CAL. CIV. CODE §§ 1750 *et seq.*; and BREACH OF EXPRESS & IMPLIED WARRANTIES.**<br><br>DEMAND FOR JURY TRIAL |

Plaintiffs Elizabeth Zemola and Matthew Beaumont, on behalf of themselves, all others similarly situated, and the general public, by and through their undersigned counsel, hereby sue defendant Carrington Tea Company, LLC ("Carrington"), and allege the following upon their own knowledge, or where they lack personal knowledge, upon information and belief, including the investigation of their counsel.

## INTRODUCTION

1.    Carrington misleadingly markets various Carrington Farms brand coconut oil products as both healthy, and a healthy alternative to butter and various cooking oils, despite that coconut oil is actually *unhealthy*, and is not a healthy alternative. Carrington's coconut oil products' labeling and advertising also violates several federal and California state food regulations.

2.    Plaintiffs relied upon Carrington's misleading and unlawful claims when purchasing the Carrington Farms coconut oil products, and were damaged as a result. They brings this action on behalf of themselves, all others similarly situated, and the general public, alleging violations of the California Consumer Legal Remedies Act, Cal. Civ. Code §§ 1750 *et seq*. ("CLRA"), Unfair Competition Law, Cal. Bus. & Prof. Code §§ 17200 *et seq*. ("UCL"), and False Advertising Law, *id.* §§ 17500 *et seq*. ("FAL"). Plaintiffs further allege that Carrington breached express and implied warranties under California law.

3.    Plaintiffs seek an order, *inter alia*, compelling Carrington to (a) cease marketing its coconut oil products using the misleading and unlawful tactics complained of herein, (b) destroy all misleading, deceptive, and unlawful materials, (c) conduct a corrective advertising campaign, (d) restore the amounts by which it has been unjustly enriched, and (e) pay damages, restitution and attorneys' fees as allowed by law.

## PARTIES

4.    Plaintiff Elizabeth Zemola is a resident of Escondido, California.

5.    Plaintiff Matthew Beaumont is a resident of San Pedro, California.

1

6.      Defendant Carrington Tea Company, LLC is a New Jersey limited liability company with its principal place of business at 7 Reuten Drive, Building A, Closter, New Jersey, 07624. Carrington Tea Company, LLC is registered to do business in California under entity number 201316210134.

## JURISDICTION & VENUE

7.      This Court has original jurisdiction over this action under 28 U.S.C. § 1332(d)(2) (The Class Action Fairness Act) because the matter in controversy exceeds the sum or value of $5,000,000, exclusive of interest and costs, and because more than two-thirds of the members of the Class reside in states other than the state of which Carrington is a citizen.

8.      The Court has personal jurisdiction over Carrington because it has consented to jurisdiction as it is registered to do business in California, and has purposely availed itself of the benefits and privileges of conducting business within California.

9.      Venue is proper in this Court pursuant to 28 U.S.C. § 1391 because plaintiff Elizabeth Zemola resides in and suffered injuries as a result of Defendant's acts in this District, many of the acts and transactions giving rise to this action occurred in this District, and Defendant (1) is authorized to conduct business in this District, (2) has intentionally availed itself of the laws and markets of this District through the promotion, marketing, distribution, and sale of its products in this District, and (3) is subject to personal jurisdiction in this District.

## FACTS

### I.      Saturated Fat Consumption Increases the Risk of Cardiovascular Heart Disease and Other Morbidity

#### A.      The Role of Cholesterol in the Human Body

10.      Cholesterol is a waxy, fat-like substance found in the body's cell walls. The body uses cholesterol to make hormones, bile acids, vitamin D, and other substances. The body synthesizes all the cholesterol it needs, which circulates in the bloodstream in packages called

*Zemola et al. v. Carrington Tea Company, LLC*
CLASS ACTION COMPLAINT

lipoproteins, of which there are two main kinds—low density lipoproteins, or LDL cholesterol, and high density lipoproteins, or HDL cholesterol.

11.    LDL cholesterol is sometimes called "bad" cholesterol because it carries cholesterol to tissues, including the arteries. Most cholesterol in the blood is LDL cholesterol.

12.    HDL cholesterol is sometimes called "good" cholesterol because it takes excess cholesterol away from tissues to the liver, where it is removed from the body.

**B.    High Total and LDL Blood Cholesterol Levels are Associated with Increased Risk of Morbidity, Including Coronary Heart Disease and Stroke**

13.    Total and LDL cholesterol blood levels are two of the most important risk factors in predicting coronary heart disease (CHD), with higher total and LDL cholesterol levels associated with increased risk of CHD.[1]

14.    High LDL cholesterol levels are dangerous because "[e]levated blood LDL cholesterol increases atherosclerotic lipid accumulation in blood vessels."[2] That is, if there is too much cholesterol in the blood, some of the excess may become trapped along artery walls. Built up formations of cholesterol on arteries and blood vessels are called plaque. Plaque narrows vessels and makes them less flexible, a condition called atherosclerosis.

15.    This process can happen to the coronary arteries in the heart and restricts the provision of oxygen and nutrients to the heart, causing chest pain or angina.

---

[1] *See*, *e.g.*, Dr. Dustin Randolph, *Coconut Oil Increases Cardiovascular Disease Risk and Possible Death Due to Heart Attacks and Stroke* (Sept. 19, 2015) ("Heart attack and stroke risk can be largely predicted based on total and LDL cholesterol levels in people" because "as cholesterol levels increase so does one's risk of symptomatic and deadly heart disease."), *available at* http://www.pursueahealthyyou.com/2015/04/coconut-oil-increases-cardiovascular.html.

[2] USDA Center for Nutrition Policy and Promotion, *Dietary Saturated Fat and Cardiovascular Health: A Review of the Evidence*, Nutrition Insight 44 (July 2011) [hereinafter, "USDA, Review of the Evidence"], *available at* http://www.cnpp.usda.gov/sites/default/files/nutrition_insights_uploads/Insight44.pdf.

16.    When atherosclerosis affects the coronary arteries, the condition is called coronary heart disease, or CHD.

17.    Cholesterol-rich plaques can also burst, causing a blood clot to form over the plaque, blocking blood flow through arteries, which in turn can cause an often-deadly or debilitating heart attack or stroke.

18.    Thus, "[f]or the health of your heart, lowering your LDL cholesterol is the single most important thing to do."[3]

**C.    Saturated Fat Consumption Causes Increased Total and LDL Blood Cholesterol Levels, Increasing the Risk of CHD and Stroke**

19.    The consumption of saturated fat negatively affects blood cholesterol levels because the body reacts to saturated fat by producing cholesterol. More specifically, saturated fat consumption causes coronary heart disease by, among other things, "increas[ing] total cholesterol and low density lipoprotein (LDL) cholesterol."[4]

20.    Moreover, "[t]here is a positive linear trend between total saturated fatty acid intake and total and low density lipoprotein (LDL) cholesterol concentration and increased risk of coronary heart disease (CHD)."[5]

21.    This linear relationship between saturated fat intake and risk of coronary heart disease is well established and accepted in the scientific community.

22.    For example, the Institute of Medicine's Dietary Guidelines Advisory Committee "concluded there is strong evidence that dietary [saturated fatty acids] SFA

---

[3]    Pritikin Longevity Center, *Is Coconut Oil Bad for You?*, *available at* https://www.pritikin.com/your-health/healthy-living/eating-right/1790-is-coconut-oil-bad-for-you.html.

[4] USDA Review of the Evidence, *supra* n.2.

[5] Institute of Medicine, *Dietary Reference Intakes for Energy, Carbohydrate, Fiber, Fat, Fatty Acids, Cholesterol, Protein, and Amino Acids*, at 422 (2005) [hereinafter "IOM, Dietary Reference Intakes"], *available at* http://www.nap.edu/catalog.php?record_id=10490.

increase serum total and LDL cholesterol and are associated with increased risk of [cardiovascular disease] CVD."[6]

23.    In addition, "[s]everal hundred studies have been conducted to assess the effect of saturated fatty acids on serum cholesterol concentration. In general, the higher the intake of saturated fatty acids, the higher the serum total and low density lipoprotein (LDL) cholesterol concentrations."[7]

24.    Importantly, there is "no safe level" of saturated fat intake because "any incremental increase in saturated fatty acid intake increases CHD risk."[8]

25.    For this reason, while the Institute of Medicine sets tolerable upper intake levels (UL) for the highest level of daily nutrient intake that is likely to pose no risk of adverse health effects to almost all individuals in the general population, "[a] UL is not set for saturated fatty acids."[9]

26.    In addition, "[t]here is no evidence to indicate that saturated fatty acids are essential in the diet or have a beneficial role in the prevention of chronic diseases."[10]

27.    Further, "[i]t is generally accepted that a reduction in the intake of SFA [saturated fatty acids] will lower TC [total cholesterol] and LDL-cholesterol."[11]

---

[6] USDA Review of the Evidence, *supra* n.2.

[7] IOM, Dietary Reference Intakes, *supra* n.5, at 481.

[8] *Id.* at 422.

[9] *Id.*

[10] *Id.* at 460.

[11] Shanthi Mendis et al., *Coconut fat and serum lipoproteins: effects of partial replacement with unsaturated fats*, 85 Brit. J. Nutr. 583, 583 (2001) [hereinafter "Mendis, Coconut fat"].

5

28.   For these reasons, "reduction in SFA intake has been a key component of dietary recommendations to reduce risk of CVD."[12]

29.   The Institute of Medicine's Dietary Guidelines for Americans, for example, "recommend reducing SFA intake to less than 10 percent of calories."[13] And "lowering the percentage of calories from dietary SFA to 7 percent can further reduce the risk of CVD."[14]

30.   The USDA and DHHS state that "[s]trong and consistent evidence from [randomized control trials] shows that replacing [saturated fats] with unsaturated fats, especially [polyunsaturated fats], significantly reduces total and LDL cholesterol."[15]

31.   Therefore, the USDA and DHHS specifically recommend replacing "tropical oils (e.g., palm, palm kernel, ***and coconut oils***)" with "vegetable oils that are high in unsaturated fats and relatively low in SFA (e.g., soybean, corn, olive, and canola oils)."[16]

32.   In short, consuming saturated fat increases the risk of CHD and stroke.[17]

**II.   Because of its High Saturated Fat Content, the Consumption of Coconut Oil Increases the Risk of Cardiovascular Heart Disease and Other Morbidity**

33.   Although it is well established that diets generally high in saturated fatty acids increase the risk of CHD,[18] several studies have specifically shown that consuming coconut oil—which is approximately 90 percent saturated fat—increases the risk of CHD and stroke.

---

[12] USDA Review of the Evidence, *supra* n.2.

[13] *Id.*

[14] *Id.*

[15] *Id.* Part D, Chapter 6, at 12.

[16] *Id.* (emphasis added).

[17] *See* Mendis, Coconut fat, *supra* n.11, at 583.

[18] *See* Mendis, Coconut fat, *supra* n.11, at 583.

34. For example, in 2001 the British Journal of Nutrition published a 62-week intervention study that examined the "effect of reducing saturated fat in the diet . . . on the serum lipoprotein profile of human subjects."[19] The study had two intervention phases. In Phase 1 (8 weeks), "the total fat subjects consumed was reduced from 31 to 25 % energy . . . by reducing the quantity of coconut fat (CF) in the diet from 17.8 to 9.3 % energy intake."[20] "At the end of Phase 1, there was a 7.7 % reduction in cholesterol and 10.8 % reduction in LDL and no significant change in HDL and triacylglycerol."[21]

35. In Phase 2 (52 weeks), the total fat consumed by subjects was reduced from 25 to 20 % energy by reducing the coconut fat consumption from 9.3 to 4.7 % energy intake.[22] At the end of phase 2, these subjects exhibited a 4.2% mean reduction of total cholesterol and an 11% mean reduction in LDL cholesterol.[23]

36. The authors of the study noted that "[a] sustained reduction in blood cholesterol concentration of 1 % is associated with a 2-3 % reduction of the incidence of CHD (Law et al. 1994)." Further, "[i]n primary prevention, a reduction of cholesterol by 20% has produced a 31% reduction in recurrent coronary morbidity, a 33% reduction in coronary mortality, and 22% less total mortality (Grundy, 1997)."[24]

---

[19] *Id.*

[20] *Id.*

[21] *Id.*

[22] *Id.*

[23] *Id.* at 586.

[24] *Id.* at 588.

37.    Based on these relationships, the researchers estimated that "the reduction in coronary morbidity and mortality brought about by the current dietary intervention would be of the order of about 6-8 %."[25]

38.    Simply put, the results of the yearlong study showed that reducing coconut oil consumption "results in a lipid profile that is associated with a low cardiovascular risk."[26]

39.    The detrimental health effects of consuming coconut oil are not limited to long-term consumption. To the contrary, a 2006 study published in the Journal of the American College of Cardiology found that consuming a single high-fat meal containing fat from coconut oil "reduces the anti-inflammatory potential of HDL and impairs arterial endothelial function."[27] In the study, researchers examined the effect of consuming a single isocaloric meal that contained "1 g of fat/kg of body weight," with "coconut oil (fatty acid composition: 89.6% saturated fat, 5.8% monounsaturated, and 1.9% polyunsaturated fat)" as the source of fat.[28] They found that consuming the coconut oil meal significantly "reduces the anti-inflammatory potential of HDL and impairs arterial endothelial function."[29] In contrast, when the fat from the same isocaloric meal came from "safflower oil (fatty acid composition: 75% polyunsaturated, 13.6% monounsaturated, and 8.8% saturated fat)," "the anti-inflammatory activity of HDL improve[d]."[30]

---

[25] Id.

[26] Id. at 587.

[27] Stephen J. Nicholls et al., *Consumption of Saturated Fat Impairs the Anti-Inflammatory Properties of High-Density Lipoproteins and Endothelial Function*, 48 J. Am. Coll. Cardio. 715 (2006).

[28] Id.

[29] Id.

[30] Id. at 715.

*Zemola et al. v. Carrington Tea Company, LLC*
CLASS ACTION COMPLAINT

40.    Other studies have similarly demonstrated that coconut oil consumption negatively affects blood plasma markers when compared to other fats.

41.    A 2011 study published in the American Journal of Clinical Nutrition found that consuming coconut oil, unlike consuming palm olein and virgin olive oil, decreased postprandial lipoprotein(a), which is associated with an increased the risk of cardiovascular disease.[31]

42.    Similarly, a study comparing the effects of consuming coconut oil, beef fat, and safflower oil found that coconut oil consumption had the worst effect on subjects' blood lipid profiles.[32] The authors noted that "[o]f these fats, only CO [coconut oil] appears to consistently elevate plasma cholesterol when compared with other fats."[33]

43.    Finally, in another study, researchers found that that subjects who consumed 30 percent of energy from fat, with 66.7% coming from coconut oil, had "increased serum cholesterol, LDL, and apo B."[34] Apo B is a protein involved in the metabolism of lipids and is the main protein constituent of VLDL (very low-density lipoproteins) and LDL. Concentrations of apo B tend to mirror those of LDL, so the higher the level of apo B, the

---

[31] P.T. Voon et al., *Diets high in palmitic acid (16:0), lauric and myristic acids (12:0 + 14:0), or oleic acid (18:1) do not alter postprandial or fasting plasma homocysteine and inflammatory markers in healthy Malaysian adults*, 94 Am. J. Clin. Nutr. 1451 (2011).

[32] Raymond Reiser et al., *Plasma lipid and lipoprotein response of humans to beef fat, coconut oil and safflower oil*, 42 Am. J Clin. Nutr. 190, 190 (1985).

[33] *Id.*

[34] V. Ganji & C.V. Kies, *Psyllium husk fiber supplementation to the diets rich in soybean or coconut oil: hypercholesterolemic effect in healthy humans*, 47 Int. J. Food Sci. Nutr. 103 (Mar. 1996).

greater the risk of heart disease. In sum, the study found that consuming coconut oil increased all three cholesterol markers, signifying an increased risk of cardiovascular disease.[35]

## III.    Carrington's Manufacture, Marketing, and Sale of Carrington Farms Coconut Oil

### A.    Carrington's History and Sale of Coconut Oil

44.    Defendant has manufactured, distributed, marketed, and sold various Carrington Farms brand coconut oil products nationwide beginning in an around 2012.

45.    According to Carrington's website, its products are sold nationally at major retailers such as Walmart, Albertsons, Whole Foods Market, Sprouts Farmers Market, Meijer, H.E.B., and Publix Supermarket, among others.[36]

46.    Carrington Farms brand coconut oil products challenged in this lawsuit include at least the following: (a) Extra Virgin Coconut Oil, and (b) Coconut Cooking Oil, which comes in garlic, rosemary, sriracha, and unflavored varieties (collectively the "Coconut Oil Products").

47.    Carrington Farms Extra Virgin Coconut Oil is available in several sizes including at least 54-, and 78-fluid-ounce cylindrical jars, 12-, and 25-fluid-ounce rectangular tubs, and boxes of eight single-serve packets. Carrington's Coconut Cooking Oil is available in 16-fluid-ounce bottles.

48.    On information and belief, Carrington Farms began selling its 12-ounce Extra Virgin Coconut Oil in 2012. Carrington then introduced its other Coconut Oil Products from 2012 through 2015.

49.    Exemplars of the rectangular tubs of Extra Virgin Coconut Oil are depicted below:

---

[35] *Id.*

[36] Carrington Farms, Store Locator, *available at* http://carringtonfarms.com/store-locator.

10

**12-fluid-ounce Extra Virgin Coconut Oil:**



Front & Back Panel



Side Panel



Side Panel



Bottom

11

**25-fluid-ounce Extra Virgin Coconut Oil:**



Front & Back Panel

*Zemola et al. v. Carrington Tea Company, LLC*
CLASS ACTION COMPLAINT

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28



Side Panel

13



Side Panel

*Zemola et al. v. Carrington Tea Company, LLC*
CLASS ACTION COMPLAINT

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28



Bottom

*Zemola et al. v. Carrington Tea Company, LLC*
CLASS ACTION COMPLAINT

50.    Exemplars of the cylindrical jars of Extra Virgin Coconut Oil are depicted below:

**54-fluid-ounce Extra Virgin Coconut Oil:**



Front Panel

16

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28



Side Panel

17

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28



Side Panel

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**78-fluid-ounce Extra Virgin Coconut Oil:**



Front Panel

19

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28



Side Panel

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28



Side Panel

*Zemola et al. v. Carrington Tea Company, LLC*
CLASS ACTION COMPLAINT

51.     Exemplars of the boxes of eight single-serve packets of Extra Virgin Coconut Oil are depicted below:



Front of Box



Back of Box

22

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28




Side Panels

1    52.    Exemplars of the Coconut Cooking Oils are depicted below:

2    **Flavored Coconut Cooking Oils:**





*Zemola et al. v. Carrington Tea Company, LLC*
CLASS ACTION COMPLAINT

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Unflavored Coconut Cooking Oil:**





**B.    The Composition of the Carrington Farms Coconut Oil Products**

53.    The Nutrition Facts boxes for Carrington's Extra Virgin Coconut Oil and Coconut Cooking Oil, respectively, are pictured below. Each 1 tablespoon (14 g or 15 mL) serving of Carrington Farms coconut oil (whether "Extra Virgin," or "Cooking") contains 130 calories, all of which come from fat: in each 14-gram serving there are 14 grams of fat.

25

Further, each 14-gram serving of the Extra Virgin Oil contains 12 grams of saturated fat, while each 14-gram serving of the Cooking Oil contains 13 grams of saturated fat.



| Extra Virgin | Cooking |
|---|---|

## IV.   Carrington Markets its Carrington Farms Coconut Oil Products with Misleading Health and Wellness Claims

54.   Consumers are generally willing to pay more for foods they perceive as being healthy, or healthier than other alternatives. Nielsen's 2015 Global Health & Wellness

26

Survey, for instance, found that "88% of those polled are willing to pay more for healthier foods."[37]

55.     Carrington is well aware of consumer preference for healthful foods, and therefore employs, and has employed, a strategic marketing campaign intended to convince consumers that the Carrington Farms Coconut Oil Products are healthy, despite that they are almost entirely composed of unhealthy saturated fat.

56.     Through statements placed directly on the labels of the Carrington Farms Coconut Oil Products, Carrington markets and advertises the products as both inherently healthy, and healthy alternatives to butter and other oils, even though the Products' total and saturated fat content render them unhealthy. Moreover, Carrington's labeling claims are designed to conceal or distract consumers from noticing that its Carrington Farms Coconut Oil Products are pure fat, almost all of which is saturated fat.

### 1.     Carrington Places Misleading Health and Wellness Claims Directly on the Carrington Farms Extra Virgin Coconut Oil Label

57.     Directly on the Carrington Farms Extra Virgin Coconut Oil label, Carrington prominently places the phrase "Healthy Foods for a Healthy Soul." This claim taken individually and in context of the label as a whole, is false and misleading because Carrington Farms Extra Virgin Coconut Oil is actually unhealthy due to its high saturated fat content.

58.     To further convince consumers to that the Product is healthy, Carrington claims that "Carrington Farm's cold-pressed organic extra virgin coconut oil is the most nutritious oil and the perfect choice for your health and energy!" This claim, taken individually and in context of the label as a whole, is false and misleading because Carrington Farms Extra Virgin Coconut Oil is unhealthy and contains dangerous amounts of saturated fat, the consumption of which causes morbidity including heart disease and stroke.

---

[37] Nancy Gagliardi, Forbes, *Consumers Want Healthy Foods--And Will Pay More For Them* (Feb. 18, 2015) (citing Neilson, 2015 Global Health & Wellness Survey, at 11 (Jan. 2015)).

59.    On the label, Carrington also states that "Coconut oil has been described by nutritionists as 'The healthiest oil on earth.' Our unrefined organic coconut oil is simply pressed and bottled so it retains its original nutrient content." This claim taken individually and in context of the label as a whole, is false and misleading because the Carrington Farms Extra Virgin Coconut Oil is actually unhealthy due to its high saturated fat content.

60.    The Extra Virgin Coconut Oil label states that it has "No Trans & Hydrogenated Fats," and is "perfect for healthy high heat cooking." These claims taken individually and in context of the label as a whole are false and misleading because Carrington Farms Extra Virgin Coconut Oil is actually unhealthy due to its high saturated fat content.

61.    In conjunction with these misleading health claims, the Carrington Farms Extra Virgin Coconut Oil label encourages consumers to "use as a healthy and delicious replacement for butter or fat." This misleadingly suggests that replacing butter or other fats with Carrington Farms Extra Virgin Coconut Oil is a healthy choice despite that doing so would increase consumption of saturated fat and decrease consumption unsaturated fat,[38] and despite that "Strong and consistent evidence from RCTs [randomized controlled trails] and statistical modeling in prospective cohort studies shows that replacing SFA [saturated fatty acids] with PUFA [polyunsaturated fatty acids] reduces the risk of CVD [cardiovascular disease] events and coronary mortality."[39]

62.    Finally, Carrington claims that "[a]ll health and nutrition properties remain the same in either solid or liquid state." This claim taken individually and in context of the label

---

[38] The USDA's National Nutrient Database for Standard Reference lists a 14 gram serving of butter as being composed of 12 grams of fat, 7 of which are saturated, 3 of which are monounsaturated, and .5 of which is polyunsaturated. *See* USDA Agricultural Research Service, *National Nutrient Database for Standard Reference Release 28*, NDB No. 01001, Butter, salted, *available at* http://ndb.nal.usda.gov/ndb/foods.

[39] USDA & HHS, Dietary Guidelines for Americans, Part D, Chapter 6 at 12, *available at* http://health.gov/dietaryguidelines/2015-scientific-report/pdfs/scientific-report-of-the-2015-dietary-guidelines-advisory-committee.pdf.

as a whole, is false and misleading because the Carrington Farms Extra Virgin Coconut Oil is actually unhealthy due to its high saturated fat content

63.    Collectively these claims misleadingly imply, by affirmative representations and material omissions, that Carrington Farms Extra Virgin Coconut Oil is healthy, when it is not, and that it is a healthy alternative to butter and other fats or oils, which it is not.

64.    In sum, the totality of the Carrington Farms Extra Virgin Coconut Oil label and packaging conveys the concrete message to a reasonable consumer that the product is healthy, and a healthful alternative to butter and other fats. Carrington intended consumers to rely upon this message, which is false and misleading for the reasons stated herein.

**2.    Carrington Places Misleading Health and Wellness Claims Directly on the Carrington Farms Coconut Cooking Oil Label**

65.    As with the Carrington Farms Extra Virgin Coconut Oil, Carrington deceptively markets its Carrington Farms Coconut Cooking Oil with a variety of labeling claims intended to convince consumers that the product is healthy, and to conceal or distract from the fact that it is pure fat, almost all of which is unhealthy saturated fat.

66.    On the front of the label, Carrington prominently claims that Carrington Farms Coconut Cooking Oil is "a healthy cooking oil" and a "natural energy source." These claims taken individually and in context of the label as a whole, are false and misleading because Carrington Farms Coconut Cooking Oil is actually unhealthy due to its high saturated fat content.

67.    On the Carrington Farms Coconut Cooking Oil label, Carrington further represents that the product is "a healthy cooking alternative," and a "healthy alternative to canola, soybean, vegetable, olive oil and butter." This misleadingly suggests that replacing canola, soybean, vegetable, olive oil and butter with Carrington Farms Coconut Cooking Oil is a healthy choice despite that doing so would increase consumption of saturated fat and

decrease consumption unsaturated fat,[40] and despite that "Strong and consistent evidence from RCTs and statistical modeling in prospective cohort studies shows that replacing SFA with PUFA reduces the risk of CVD events and coronary mortality."[41]

68.    To reinforce these misleading health claims, Carrington represents that Carrington Farms Coconut Cooking Oil is "non-hydrogenated and free of harmful saturated and trans fatty acids," is "Naturally rich in medium chain triglycerides (MCT)," is "high in Lauric, Caprylic, and Capric acid," and has "5 times more MCT than regular coconut oil." These claims, taken individually and in context of the label as a whole, are false and misleading (even to the extent some may be literally true) because the Carrington Farms Coconut Cooking Oil is actually unhealthy due to its high saturated fat content.

69.    In addition, Carrington claims "MCTs are efficiently utilized by the body for energy production," and "Rapidly metabolized, and "Excellent for a healthy lifestyle." These claims, taken individually and in context of the label as a whole, are false and misleading because the Carrington Farms Coconut Cooking Oil is actually unhealthy due to its high saturated fat content.

---

[40] The USDA's National Nutrient Database for Standard Reference lists a 14 gram serving of butter as being composed of 12 grams of fat, 7 of which are saturated, 3 of which are monounsaturated, and .5 of which is polyunsaturated; lists a 14 gram serving of canola oil as being composed of 14 grams of fat, 1 of which is saturated, 9 of which are monounsaturated, and 4 of which are polyunsaturated; lists a 13.6 gram serving of soybean oil as being composed of 13.6 grams of fat, 2 of which are saturated, 3 of which are monounsaturated, and 8 of which are polyunsaturated; lists a 13.6 gram serving of vegetable oil as being composed of 13.6 grams of fat, 1 of which is saturated, 3 of which are monounsaturated, and 9 of which are polyunsaturated; and lists a 13.5 gram serving of olive oil as being composed of 13.5 grams of fat, 2 of which are saturated, 10 of which are monounsaturated, and 1.5 of which are polyunsaturated. *See* USDA Agricultural Research Service, *National Nutrient Database for Standard Reference Release 28*, NDB No. 01001, Butter, salted; NDB No. 04582, Canola Oil, NDB No. 04044, Soybean Oil; NDB No. 04670, Vegetable Oil; NDB No. 04053, Olive Oil, *available at* http://ndb.nal.usda.gov/ndb/foods.

[41] USDA & HHS, Dietary Guidelines, *supra* n.39, Part D, Chapter 6 at 12.

70.     Further, the Carrington Farms Coconut Cooking Oil bears a chart comparing the product to soybean, canola, and olive oils, misleadingly suggesting that the product is a healthier alternative. This chart, taken individually and in context of the label as a whole, is false and misleading (even to the extent some portions may be literally true) because the Carrington Farms Coconut Cooking Oil is actually unhealthy due to its high saturated fat content, and less healthy than these alternatives.

71.     Collectively the claims on the Carrington Farms Coconut Cooking Oil labels misleadingly imply, by affirmative representations and material omissions, that Carrington Farms Coconut Cooking Oil is healthy, when it is not, and that it is healthier or more nutritious than canola, soybean, vegetable, olive oil, and butter, which it is not.

72.     In short, the totality of the labeling conveys the concrete message to a reasonable consumer that Carrington Farms Coconut Cooking Oil is healthy, and a more healthful alternative to canola, soybean, vegetable, olive oil, and butter. Carrington intended consumers to rely upon this message, which is false and misleading for the reasons stated herein.

**C.      The Carrington Farms Website Contains Misleading Health and Wellness Claims About the Coconut Oil Products**

73.     The labels of the Carrington Farms coconut oil products direct consumers to the Carrington Farms website (www.carringtonfarms.com), which Carrington uses as a platform for furthering its health marketing campaign.

74.     Through statements on the Carrington Farms website, Carrington portrays itself as a company devoted making "health food products accessible to nutrition-conscious consumers" and that "all of Carrington Farms' vitamin and mineral-full health food products are a great way to start adding a little more nutrition to everyday life."[42]

---

[42] Carrington Farms, About Us, http://carringtonfarms.com/about-us.

*Zemola et al. v. Carrington Tea Company, LLC*
CLASS ACTION COMPLAINT

75.    Carrington further assures consumers that "By staying on top of the latest research and media, Carrington Farms is on the forefront of nutrition."[43]

76.    The Carrington Farms website also extolls the "health benefits" of coconut oil claiming that "Coconut Oil possesses a wide variety of benefits due to its fiber and nutritional content."[44]

77.    Carrington further claims that "Coconut oil is made up of medium chain fatty acids (MCFA). These fatty acids do not have a negative effect on cholesterol. . . . MCT's are just now being used as cooking oils due to their beneficial properties. This type of triglyceride is cholesterol-neutral, meaning it has a very small effect on serum cholesterol levels in the body, and does not add trans-fats to formulas."[45]

## IV.    The Labeling of the Carrington Farms Coconut Oil Products Violates California and Federal Law

### A.    Any Violation of Federal Food Labeling Statutes or Regulations is a Violation of California Law

78.     Pursuant to the California Sherman Food, Drug, and Cosmetic Law, Cal. Health & Safety Code §§ 109875 *et. seq.* (the "Sherman Law"), California has adopted the federal food labeling requirements as its own, *see id.* § 110665 ("Any food is misbranded if its labeling does not conform with the requirements for nutrition labeling as set forth in Section 403(q) (21 U.S.C. Sec. 343(q)) of the federal act and the regulation adopted pursuant thereto.").

79.    The Federal Food, Drug, and Cosmetic Act expressly authorizes state regulations, such as the Sherman Law, that are "identical to the requirement[s]" of the FDCA and federal regulations. *See* 21 U.S.C. § 343-1.

---

[43] *Id.*

[44] Carrington Farms, Health Benefits, http://carringtonfarms.com/health-benefits.

[45] *Id.*

80.    Because the Sherman Law's requirements are identical to the requirements of the Federal Food, Drug, and Cosmetic Act and FDA regulations the Sherman law is explicitly authorized by the FDCA.

**B.    The Carrington Farms Coconut Oil Products' False and Misleading Labeling Claims Render the Products Misbranded Under California and Federal Law**

81.    Carrington's deceptive statements described herein violate Cal. Health & Safety Code § 109875, and 21 U.S.C. § 343(a), which deem a food misbranded if its labeling is "false or misleading in any particular."

82.    In addition, the Coconut Oil Products' labeling is misleading, and thus misbranded, because "it fails to reveal facts that are material in light of other representations." 21 C.F.R § 1.21.

**C.    The Carrington Farms Coconut Oil Products are Misbranded Because They Make Unauthorized Express Nutrient Content Claims**

83.    The Carrington Farms Coconut Oil Products are misbranded because their labels bear nutrient content claims even though the Products do not meet the requirements to make such claims.

84.    Under 21 U.S.C. § 343(r)(1)(A), a claim that characterizes the level of a nutrient which is of the type required to be in the labeling of the food must be made in accordance with a regulation promulgated by the Secretary (or, by delegation, FDA) authorizing the use of such a claim. *See also* Cal. Health & Safety Code § 110670 ("Any food is misbranded if its labeling does not conform with the requirements for nutrient content or health claims" set by federal law.).

85.    Characterizing the level of a nutrient on food labels and labeling of a product without complying with the specific requirements pertaining to nutrient content claims for that nutrient renders a product misbranded under 21 U.S.C. § 343(r)(1)(A).

86.    The label of the Carrington Farms Extra Virgin Coconut Oil bears the phrases "Our unrefined . . . coconut oil is simply pressed and bottled so it retains its original nutrient content . . . No Trans & Hydrogenated Fats."

87.    The label of the Carrington Farms Coconut Cooking Oil bears the phrases "non-hydrogenated and free of harmful saturated and trans fatty acids," "Naturally rich in medium chain triglycerides (MCT)," "high in Lauric, Caprylic, and Capric acid," and "5 times more MCT than regular coconut oil."

88.    These phrases meet the definition of nutrient content claims because they characterize the level of trans fat, and fatty acids, in the Coconut Oil Products, which are nutrients of the type required to be in nutrition labeling. *See* 21 C.F.R. § 101.13(b)(1).

89.    Under 21 C.F.R. § 101.13(h), a food that bears an express or implied nutrient content claim, and that contains more than 13 grams of total fat or 4 grams of saturated fat per serving, must also bear a disclosure statement on the label, immediately adjacent to the claim, referring the consumer to nutrition information for that nutrient, e.g., "See nutrition information for total fat and saturated fat content." 21 C.F.R. § 101.13(h)(1).

90.    Despite that both Carrington Farms Coconut Oil Products contain 14 grams of total fat and 12 or more grams of saturated fat per serving, their labels fail to bear these mandatory disclosure statements, which provide consumers with material nutrition information. Therefore, Carrington Farms Extra Virgin Coconut Oil and Carrington Farms Coconut Cooking Oil  are misbranded.

91.    Further, even if the Carrington Farms Coconut Oil Products had contained the required disclosures, they would still be misbranded because "no trans fat" is an unauthorized nutrient content claim that may not be used in the labeling of any foods. *See Reid v. Johnston & Johnson*, 780 F.3d 952, 962-63 (2015). The FDA similarly has no defined nutrient content claims for "non-hydrogenated," or any statements about MCTs, but all such claims must, in any event, be not misleading. *See* 21 C.F.R. § 101.13(i)(iii).

92.    That Carrington's labeling and marketing renders the product misbranded is supported by the FDA's sending Carrington a warning letter, on January 13, 2015, advising the company of its violations. (*See* FDA Warning Letter to Carrington Farms, attached hereto)

93.    Plaintiffs and members of the Class would not have purchased the Carrington Farms Coconut Oil Products if they knew the Products were and are misbranded pursuant to California and federal regulations because their labels make unauthorized nutrient content claims despite containing disqualifying amounts of total and saturated fat and omit material information and disclosures.

**D.    The Carrington Farms Coconut Oil Products are Misbranded Because They Make Unauthorized "Healthy" Nutrient Content Claims**

94.    In addition, Carrington Farms Coconut Oil Product labels are misbranded (and also misleading), because the labels claim that the products are healthy based their nutrient content, but the Products do not meet the requirements for making such implied nutrient content claims as set forth in 21 C.F.R. § 101.65(d).

95.    The Carrington Farms Extra Virgin Coconut Oil label bears the claims "Healthy Foods," "The healthiest oil on earth," "Perfect for healthy . . . cooking," and "Use as a healthy . . . replacement for butter or fat" in connection with the statement "Our unrefined . . . coconut oil is simply pressed and bottled so it retains its original nutrient content . . . No Trans & Hydrogenated Fats."

96.    The Carrington Farms Coconut Cooking Oil label bears the claims "a healthy cooking oil," "healthy alternative to canola, soybean, vegetable, olive oil and butter," "Excellent for a healthy lifestyle" in connection with the statements "non-hydrogenated and free of harmful saturated and trans fatty acids," "Naturally rich in medium chain triglycerides (MCT)," "high in Lauric, Caprylic, and Capric acid," and "5 times more MCT than regular coconut oil."

97.    To "use the term 'healthy' or related terms (e.g., 'health,' 'healthful,' 'healthfully,' 'healthfulness,' 'healthier,' 'healthiest,' 'healthily,' and 'healthiness')" as an

implied nutrient content claim, a food must satisfy specific "conditions for fat, saturated fat, cholesterol, and other nutrients." 21 C.F.R § 101.65(d)(2).

98.    The Carrington Farms Coconut Oil Products are "not specifically listed" in the table contained in 21 C.F.R § 101.65(d)(2)(i), and therefore are governed by section (F) of the table. *See* 101.65(d)(2)(i)(F).

99.    Under 21 C.F.R. § 101.65(d)(2)(i)(F), to use a "healthy" term, a food must (1) be "Low fat as defined in § 101.62(b)(2)," (2) be "Low saturated fat as defined in § 101.62(c)(2)," and (3) contain "At least 10 percent of the RDI [recommended daily intake] or the DRV [dietary reference values] per RACC [reference amount customarily consumed] of one or more of vitamin A, vitamin C, calcium, iron, protein or fiber." See 21 C.F.R. § 101.65(d)(2)(i)(F) (incorporating by reference total fat requirement, 21 C.F.R. § 101.62(b)(2), and saturated fat requirement, 21 C.F.R. § 101.62(c)(2)). In addition, the food must comply "with the definition and declaration requirements in this part 101 for any specific nutrient content claim on the label or in labeling." 21 C.F.R. § 101.65(d)(2)(iii).

100.    Section 101.62(b)(2)(i)(B) provides the applicable definition of "low fat" for the Carrington Farms coconut oil products because they have RACCs (reference amounts customarily consumed) and labeled servings of less than 30 grams.

101.    Under section 101.62(b)(2)(i)(B), a food is low fat only if it "contains 3 g or less of fat per reference amount customarily consumed and per 50 g of food."

102.    The Carrington Farms Coconut Oil Products both contain 14 grams of total fat per RACC or labeled serving, and 50 grams of total fat per 50 grams. Thus the Carrington Farms Coconut Oil Products do not meet the total fat requirement in section 101.65(d)(2)(i)(F), and as a result, their use of a "healthy" term renders the products misbranded.

103.    Under section 101.62(c)(2), a food is "low saturated fat" only if it "contains 1 g or less of saturated fatty acids per reference amount customarily consumed and not more than 15 percent of calories from saturated fatty acids."

104.    The Carrington Farms Extra Virgin Coconut Oil contains 12 grams of saturated fat per RACC or labeled serving, and approximately 86 percent of calories come from saturated fat, while the Carrington Farms Coconut Cooking Oil contains 13 grams of saturated fat per RACC or labeled serving, and approximately 93 percent of calories come from saturated fat. The products therefore do not meet the saturated fat requirement in section 101.65(d)(2)(i)(F), and as a result, their use of a "healthy" term renders the products misbranded.

105.    Further, the Carrington Farms Coconut Oil Products do not contain "at least 10 percent of the RDI or the DRV per RACC of one or more of vitamin A, vitamin C, calcium, iron, protein or fiber," 21 C.F.R. § 101.65(d)(2)(i)(F), and as a result, their use of a "healthy" term renders the products misbranded.

106.    Finally, the Carrington Farms Coconut Oil Products, as explained above, fail to comply "with the definition and declaration requirements in this part 101 for any specific nutrient content claim on the label or in labeling," 21 C.F.R. § 101.65(d)(2)(iii), further rendering them misbranded.

107.    In sum, the Carrington Farms Coconut Oil Products bear unauthorized claims that the products are healthy. The Products do not meet the clear and specific criteria the FDA (and by extension, California) requires for using the term healthy (and variations) to describe a food. (*See* FDA Warning Letter to Carrington Farms, **Exhibit 1**.)

108.    Carrington's use of the term healthy (and variations) to describe the Carrington Farms Coconut Oil Products not only violates 21 C.F.R. § 101.65 and renders the Products misbranded, but also misleads consumers regarding the nature of the oils, in the specific manner the regulations are intended to prevent.

## IV.    Plaintiffs' Purchase, Reliance, and Injury

109.    Elizabeth Zemola has purchased Carrington Farms Extra Virgin Coconut Oil on numerous occasions, including in or around 2014 when she purchased a 12-fluid-ounce containers from Wal-Mart stores located at 732 Center Dr., San Marcos, California 92069

and 1330 East Grand Ave, Escondido, CA 92027. Ms. Zemola consumed the Carrington Farms Extra Virgin Coconut Oil after purchasing it.

110.   Matthew Beaumont has purchased Carrington Farms Extra Virgin Coconut Oil several times. For example, he believes he purchased a 54-fluid-ounce container from locations including Costco, located at 2640 Lomita Blvd., Torrance, California 90505 and Sam's Club, located at 2601 Skypark Dr., Torrance, California 90505 in or around 2014. Mr. Beaumont consumed the Carrington Farms Extra Virgin Coconut Oil after purchasing it.

111.   At the time of purchase, when deciding to purchase Carrington Farms Extra Virgin Coconut Oil, plaintiff Elizabeth Zemola read and relied on, *inter alia*, the following claims on the Extra Virgin Coconut Oil label:

> a.     "Healthy Foods for a Healthy Soul";
>
> b.     "Coconut oil has been described by nutritionists as 'The healthiest oil on earth.'";
>
> c.     "Carrington Farms unrefined organic coconut oil is simply pressed and bottled so it retains its original nutrient, content . . . .";
>
> d.     "It's the perfect choice for your health and energy";
>
> e.     "No Trans & Hydrogenated Fats";
>
> f.     "Perfect for healthy high heat cooking";
>
> g.     "use as a healthy and delicious replacement for butter or fats"; and
>
> h.     "All health and nutrition properties remain the same in either solid or liquid state."

112.   At the time of purchase, when deciding to purchase Carrington Farms Extra Virgin Coconut Oil, plaintiff Matthew Beaumont read and relied on, inter alia, the following claims on the Extra Virgin Coconut Oil label:

> a.     "Healthy Foods for a Healthy Soul";
>
> b.     "Carrington Farm's cold-pressed organic extra-virgin coconut oil is the most nutritious oil and the perfect choice for your health and energy!";

c. "Coconut oil has been described by nutritionists as, 'The healthiest oil on earth.'";

d. "Our unrefined organic coconut oil is simply pressed and bottled so it retains its original nutrient content";

e. "No Trans & Hydrogenated Fats";

f. "Perfect for healthy high heat cooking";

g. "use as a healthy and delicious replacement for butter or fat"; and

h. "All health and nutrition properties remain the same in either solid or liquid state."

113. Based on these representations, plaintiffs believed the Carrington Farms Extra Virgin Coconut Oil was a healthy oil or fat, was a healthy alternative to butter and other fats or cooking oils, and would not detriment their health blood cholesterol levels. Plaintiffs understood the label's health claims to be directed to the Product's purported nutritional health benefits, rather than, or at least in addition to relating to other potential uses, such as on skin.

114. When purchasing Carrington Farms Extra Virgin Coconut Oil, plaintiffs were seeking a product to consume, and which had the qualities described on the Carrington Farms Extra Virgin Coconut Oil label, namely, on that was a healthy, nutritious oil or fat that was healthier than butter, fats, and other cooking oils, and whose consumption would not increase her risk of CHD, stroke, and other morbidity.

115. The representations on the Carrington Farms Extra Virgin Coconut Oil label, however, were false and misleading, and had the capacity, tendency, and likelihood to confuse or confound plaintiffs and other consumers acting reasonably (including the putative Class) because, as described in detail herein, the products are not healthy but instead their consumption increases the risk of CHD, stroke, and other morbidity.

116.   By consuming Carrington Farms Extra Virgin Coconut Oil, plaintiffs and other members of the class experienced detrimental effects to their blood cholesterol levels and suffered impaired arterial endothelial function.

117.   Plaintiffs are not nutritionists, food experts, or food scientists, but rather lay consumers who did not have the specialized knowledge that Carrington had regarding the nutrients present in its coconut oils. At the time of purchase, plaintiffs were unaware that consuming coconut oil, such as Carrington's, adversely affects blood cholesterol levels and increases risk of CHD, stroke, and other morbidity.

118.   Plaintiffs acted reasonably in relying on the health and wellness claims that Carrington intentionally placed on the Carrington Farms Extra Virgin Coconut Oil label with the intent to induce average consumers into purchasing the Products.

119.   Plaintiffs would not have purchased Carrington Farms Extra Virgin Coconut Oil if they knew that it was misbranded pursuant to California and FDA regulations in that many of its claims were prohibited due to its saturated fat content, and that its labeling claims were false and misleading.

120.   The Carrington Farms Coconut Oil Products cost more than similar products without misleading labeling, and would have cost less absent the false and misleading statements.

121.   Plaintiffs paid more for the Carrington Farms Extra Virgin Coconut Oil, and would only have been willing to pay less, or unwilling to purchase it at all, absent the false and misleading labeling statements complained of herein.

122.   For these reasons, the Carrington Farms Extra Virgin Coconut Oil was worth less than what plaintiffs paid for it.

123.   Instead of receiving a product that had actual healthful qualities, the Product plaintiffs received was one that is not healthy, but rather its consumption causes increased risk of CHD, stroke, and other morbidity.

124.   Plaintiffs lost money as a result of Carrington's deceptive claims and practices in that they did not receive what they paid for when purchasing Carrington Farms Extra Virgin Coconut Oil.

125.   Plaintiffs detrimentally altered their position and suffered damages in an amount equal to the amount they paid for the product.

126.   Carrington's senior officers and directors allowed the Carrington Farms coconut oil products to be sold with full knowledge or reckless disregard that the challenged claims are fraudulent, unlawful, and misleading.

## CLASS ACTION ALLEGATIONS

127.   While reserving the right to redefine or amend the class definition prior to seeking class certification, pursuant to Federal Rule of Civil Procedure 23, plaintiffs seek to represent a class of all persons in California who purchased, during the relevant time period, for personal or household use, and not for resale or distribution, Carrington Farms Coconut Oil Products (the "Class").

128.   The members in the proposed Class are so numerous that individual joinder of all members is impracticable, and the disposition of the claims of all Class Members in a single action will provide substantial benefits to the parties and Court.

129.   Questions of law and fact common to plaintiffs and the Class include:

a.   whether Carrington communicated a message regarding healthfulness of Carrington Farms Coconut Oil Products through its packaging and advertising;

b.   whether that message was material, or likely to be material, to a reasonable consumer;

c.   whether the challenged claims are false, misleading, or reasonably likely to deceive a reasonable consumer because of the high total and saturated fat content of Carrington Farms Coconut Oil Products;

d.   whether Carrington's conduct violates public policy;

e.     whether Carrington's conduct violates state or federal food statutes or regulations;

f.     the proper amount of damages, including punitive damages;

g.     the proper amount of restitution;

h.     the proper scope of injunctive relief; and

i.     the proper amount of attorneys' fees.

130.    These common questions of law and fact predominate over questions that affect only individual Class Members.

131.    Plaintiffs' claims are typical of Class Members' claims because they are based on the same underlying facts, events, and circumstances relating to Carrington's conduct. Specifically, all Class Members, including plaintiffs, were subjected to the same misleading and deceptive conduct when they purchased Carrington Farms Coconut Oil Products, and suffered economic injury because Carrington Farms Coconut Oil Products are misrepresented. Absent Carrington's business practice of deceptively and unlawfully labeling the Carrington Farms Coconut Oil Products, plaintiffs and Class members would not have purchased the Products.

132.    Plaintiffs will fairly and adequately represent and protect the interests of the Class, have no interests incompatible with the interests of the Class, and have retained counsel competent and experienced in class action litigation, and specifically in litigation involving the false and misleading advertising of foods.

133.    Class treatment is superior to other options for resolution of the controversy because the relief sought for each Class Member is small, such that, absent representative litigation, it would be infeasible for Class Members to redress the wrongs done to them.

134.    Carrington has acted on grounds applicable to the Class, thereby making appropriate final injunctive and declaratory relief concerning the Class as a whole.

135.    As a result of the foregoing, class treatment is appropriate under Fed. R. Civ. P. 23(a), 23(b)(2), and 23(b)(3).

## CAUSES OF ACTION

### FIRST CAUSE OF ACTION

### Violations of the Unfair Competition Law,

### Cal. Bus. & Prof. Code §§ 17200 *et seq.*

136.    Plaintiffs reallege and incorporate the allegations elsewhere in the Complaint as if set forth in full herein.

137.    The UCL prohibits any "unlawful, unfair or fraudulent business act or practice." Cal. Bus. & Prof. Code § 17200.

138.    The acts, omissions, misrepresentations, practices, and non-disclosures of Carrington as alleged herein constitute business acts and practices.

### Fraudulent

139.    A statement or practice is fraudulent under the UCL if it is likely to deceive the public, applying an objective reasonable consumer test.

140.    As set forth herein, Carrington's claims relating to the Carrington Farms coconut oil products are likely to deceive reasonable consumers and the public.

### Unlawful

141.    The acts alleged herein are "unlawful" under the UCL in that they violate at least the following laws:

• The False Advertising Law, Cal. Bus. & Prof. Code §§ 17500 *et seq.*;

• The Consumers Legal Remedies Act, Cal. Civ. Code §§ 1750 *et seq.*;

• The Federal Food, Drug, and Cosmetic Act, 21 U.S.C. §§ 301 *et seq.*; and

• The California Sherman Food, Drug, and Cosmetic Law, Cal. Health & Safety Code §§ 110100 *et seq*.

### Unfair

142.    Carrington's conduct with respect to the labeling, advertising, and sale of the Carrington Farms Coconut Oil Products was unfair because Carrington's conduct was

immoral, unethical, unscrupulous, or substantially injurious to consumers, and the utility of its conduct, if any, does not outweigh the gravity of the harm to its victims.

143.    Carrington's conduct with respect to the labeling, advertising, and sale of the Carrington Farms Coconut Oil Products was and is also unfair because it violates public policy as declared by specific constitutional, statutory or regulatory provisions, including but not necessarily limited to the False Advertising Law, portions of the Federal Food, Drug, and Cosmetic Act, and portions of the California Sherman Food, Drug, and Cosmetic Law.

144.    Carrington's conduct with respect to the labeling, advertising, and sale of the Carrington Farms Coconut Oil Products was and is also unfair because the consumer injury was substantial, not outweighed by benefits to consumers or competition, and not one consumers themselves could reasonably have avoided.

145.    Carrington profited from the sale of the falsely, deceptively, and unlawfully advertised Carrington Farms Coconut Oil Products to unwary consumers.

146.    Plaintiffs and Class Members are likely to continue to be damaged by Carrington's deceptive trade practices, because Carrington continues to disseminate misleading information. Thus, injunctive relief enjoining Carrington's deceptive practices is proper.

147.    Carrington's conduct caused and continues to cause substantial injury to plaintiffs and other Class Members. Plaintiffs have suffered injury in fact as a result of Carrington's unlawful conduct.

148.    In accordance with Bus. & Prof. Code § 17203, plaintiffs seek an order enjoining Carrington from continuing to conduct business through unlawful, unfair, and/or fraudulent acts and practices, and to commence a corrective advertising campaign.

149.    Plaintiffs and the Class also seek an order for the restitution of all monies from the sale of the Carrington Farms Coconut Oil Products, which were unjustly acquired through acts of unlawful competition.

### SECOND CAUSE OF ACTION

### Violations of the False Advertising Law,

### Cal. Bus. & Prof. Code §§ 17500 *et seq.*

150.    Plaintiffs reallege and incorporate the allegations elsewhere in the Complaint as if set forth in full herein.

151.    The FAL provides that "[i]t is unlawful for any person, firm, corporation or association, or any employee thereof with intent directly or indirectly to dispose of real or personal property or to perform services" to disseminate any statement "which is untrue or misleading, and which is known, or which by the exercise of reasonable care should be known, to be untrue or misleading." Cal. Bus. & Prof. Code § 17500.

152.    It is also unlawful under the FAL to disseminate statements concerning property or services that are "untrue or misleading, and which is known, or which by the exercise of reasonable care should be known, to be untrue or misleading." *Id*.

153.    As alleged herein, the advertisements, labeling, policies, acts, and practices of Carrington relating to the Carrington Farms Coconut Oil Products misled consumers acting reasonably as to the healthfulness of the Products.

154.    Plaintiffs suffered injury in fact as a result of Carrington's actions as set forth herein because plaintiffs purchased Carrington Farms Extra Virgin Coconut Oil in reliance on Carrington's false and misleading marketing claims stating or suggesting that the product, among other things, is healthy, healthier than butter and other fats or oils.

155.    Carrington's business practices as alleged herein constitute unfair, deceptive, untrue, and misleading advertising pursuant to the FAL because Carrington has advertised the Carrington Farms coconut oil products in a manner that is untrue and misleading, which Carrington knew or reasonably should have known, and omitted material information from the Products' advertising.

156.    Carrington profited from the sale of the falsely and deceptively advertised Carrington Farms Coconut Oil Products to unwary consumers.

157.   As a result, plaintiffs, the Class, and the general public are entitled to injunctive and equitable relief, restitution, and an order for the disgorgement of the funds by which Carrington was unjustly enriched.

158.   Pursuant to Cal. Bus. & Prof. Code § 17535, plaintiffs, on behalf of themselves and the Class, seek an order enjoining Carrington from continuing to engage in deceptive business practices, false advertising, and any other act prohibited by law, including those set forth in this Complaint.

*Zemola et al. v. Carrington Tea Company, LLC*
CLASS ACTION COMPLAINT

## THIRD CAUSE OF ACTION

## Violations of the Consumer Legal Remedies Act,

## Cal. Civ. Code §§ 1750 *et seq.*

159.   Plaintiffs reallege and incorporate the allegations elsewhere in the Complaint as if set forth in full herein.

160.   The CLRA prohibits deceptive practices in connection with the conduct of a business that provides goods, property, or services primarily for personal, family, or household purposes.

161.   Carrington's false and misleading labeling and other policies, acts, and practices were designed to, and did, induce the purchase and use of the Carrington Farms Coconut Oil Products for personal, family, or household purposes by plaintiffs and Class Members, and violated and continue to violate the following sections of the CLRA:

a.   § 1770(a)(5): representing that goods have characteristics, uses, or benefits which they do not have;

b.   § 1770(a)(7): representing that goods are of a particular standard, quality, or grade if they are of another;

c.   § 1770(a)(9): advertising goods with intent not to sell them as advertised; and

d.   § 1770(a)(16): representing the subject of a transaction has been supplied in accordance with a previous representation when it has not.

162.   Carrington profited from the sale of the falsely, deceptively, and unlawfully advertised Carrington Farms Coconut Oil Products to unwary consumers.

163.   As a result, plaintiffs and the Class have suffered harm, and therefore seek (a) actual damages in the amount of the total retail sales price of the Carrington Farms Coconut Oil Products sold throughout the Class Period to all Class Members, (b) punitive damages in an amount sufficient to deter and punish, (c) injunctive relief in the form of modified advertising and a corrective advertising plan, (d) restitution, and (e) attorneys' fees and costs.

164.   Carrington's wrongful business practices constituted, and constitute, a continuing course of conduct in violation of the CLRA.

165.   Pursuant to California Civil Code § 1782, on September 21, 2016, plaintiffs sent written notice of their claims and Carrington's particular violations of the Act to Carrington Farms by certified mail, return receipt requested.

166.   Plaintiffs, on behalf of themselves and the Class, seek injunctive relief under Civil Code § 1782(d).

167.   In addition, because Carrington failed to implement remedial measures, plaintiffs on behalf of themselves and the Class, seek actual and punitive damages, including attorneys' fees.

168.   In compliance with Cal. Civ. Code § 1780(d), plaintiffs' affidavit of venue is filed concurrently herewith, attached to the Complaint.

## FOURTH CAUSE OF ACTION
### Breaches of Express Warranties,
### Cal. Com. Code § 2313(1)

169.   Plaintiffs reallege and incorporate the allegations elsewhere in the Complaint as if set forth in full herein.

170.   Through the Carrington Farms Coconut Oil Products' labels, Carrington made affirmations of fact or promises, or description of goods, that, *inter alia*, the product is "healthy" and when consumed. These and other representations were "part of the basis of the bargain," in that plaintiffs and the Class purchased the product in reasonable reliance on those statements. Cal. Com. Code § 2313(1).

171.   Carrington breached its express warranties by selling a product that is not healthy, not healthier than butter or other oils, and that negatively affects cholesterol levels, increasing risk of CHD, stroke, and other morbidity.

172.    That breach actually and proximately caused injury in the form of the lost purchase price that plaintiffs and Class members paid for Carrington Farms Coconut Oil Products.

173.    As a result, plaintiffs seek, on behalf of themselves and other Class Members, their actual damages arising as a result of Carrington's breaches of express warranty.

### FIFTH CAUSE OF ACTION

### Breach of Implied Warranty of Merchantability,

### Cal. Com. Code § 2314

174.    Plaintiffs reallege and incorporate the allegations elsewhere in the Complaint as if set forth in full herein.

175.    Carrington, through its acts set forth herein, in the sale, marketing, and promotion of Carrington Farms Coconut Oil Products, made representations to plaintiffs and the Class that, among other things, the products are healthy.

176.    Carrington is a merchant with respect to the goods of this kind which were sold to plaintiffs and the Class, and there was, in the sale to plaintiffs and other consumers, an implied warranty that those goods were merchantable.

177.    However, Carrington breached that implied warranty in that Carrington Farms Coconut Oil Products are not healthy, not healthier than butter or other oils, and negatively affect cholesterol levels, increasing risk of CHD and stroke, as set forth in detail herein.

178.    As an actual and proximate result of Carrington's conduct, plaintiffs and the Class did not receive goods as impliedly warranted by Carrington to be merchantable in that they did not conform to promises and affirmations made on the container or label of the goods.

179.    Plaintiffs and the Class have sustained damages as a proximate result of the foregoing breach of implied warranty in the amount of Carrington Farms Coconut Oil Products' purchase price.

**PRAYER FOR RELIEF**

180.   Wherefore, plaintiffs, on behalf of themselves, all others similarly situated and the general public, pray for judgment against Carrington as to each and every cause of action, and the following remedies:

      A.    An Order declaring this action to be a proper class action, appointing plaintiffs as class representative, and appointing undersigned counsel as class counsel;

      B.    An Order requiring Carrington to bear the cost of class notice;

      C.    An Order compelling Carrington to conduct a corrective advertising campaign;

      D.    An Order compelling Carrington to destroy all misleading and deceptive advertising materials and product labels, and to recall all offending products;

      E.    An Order requiring Carrington to disgorge all monies, revenues, and profits obtained by means of any wrongful act or practice;

      F.    An Order requiring Carrington to pay restitution to restore all funds acquired by means of any act or practice declared by this Court to be an unlawful, unfair, or fraudulent business act or practice, or untrue or misleading advertising, plus pre-and post-judgment interest thereon;

      G.    An Order requiring Carrington to pay compensatory damages and punitive damages as permitted by law;

      H.    An award of attorneys' fees and costs; and

      I.    Any other and further relief that Court deems necessary, just, or proper.

**JURY DEMAND**

181.   Plaintiffs hereby demand a trial by jury on all issues so triable.

Dated: April 14, 2017        /s/ Paul K. Joseph
                        **THE LAW OFFICE OF PAUL K. JOSEPH, PC**
                        PAUL K. JOSEPH
                        *paul@pauljosephlaw.com*
                        4125 W. Point Loma Blvd. #206

San Diego, CA 92110
Phone: (619) 767-0356
Fax: (619) 331-2943

**THE LAW OFFICE OF JACK FITZGERALD, PC**
JACK FITZGERALD
*jack@jackfitzgeraldlaw.com*
TREVOR M. FLYNN
*trevor@jackfitzgeraldlaw.com*
MELANIE PERSINGER
*melanie@jackfitzgeraldlaw.com*
Hillcrest Professional Building
3636 Fourth Avenue, Suite 202
San Diego, California 92103
Phone: (619) 692-3840
Fax: (619) 362-9555

***Counsel for Plaintiffs and the Proposed Class***