# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH ZEMOLA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CARRINGTON TEA COMPANY, LLC, <br><br> Defendant. | Case No.: 17cv760-MMA (KSC) <br><br> **ORDER RE: DISMISSAL** <br><br> [Doc. No. 48] |

Pursuant to the stipulation of the parties, **IT IS HEREBY ORDERED** that Plaintiffs Elizabeth Zemola and Matthew Beaumont's individual and representative claims are dismissed with prejudice, and the claims of putative class members are dismissed without prejudice. The parties will bear their own costs and fees. The Court **DIRECTS** the Clerk of Court to terminate any pending motions and/or deadlines, and to close the case.

**IT IS SO ORDERED**.

DATE: December 5, 2018

*/s/ Michael M. Anello*
HON. MICHAEL M. ANELLO
United States District Judge